UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AUDRAY RHINEHART, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | Case No. 4:06CV1405SNL/TIA |

## ORDER

Having received no objections thereto,

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Terry I. Adelman (#18), filed March 7, 2008 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FINALLY ORDERED** that the final decision of the Commissioner denying the plaintiff's application for disability benefits pursuant to Title II of the Social Security Act, 42 U.S.C. §§401 *et. seq.*, and for supplemental security income payments pursuant to Title XVI of the Social Security Act, 42 U.S.C. §§1381 *et. seq.* be and is **AFFIRMED**.

Dated this __19th__ day of March, 2008.

_____
SENIOR UNITED STATES DISTRICT JUDGE